Dismissed and Memorandum Opinion filed April 19, 2007








Dismissed
and Memorandum Opinion filed April 19, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01151-CV

____________

 

DAS BOOT, INC. and ROBERT BRINK, Appellants

 

V.

 

JIMMY MEDINA, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 856166

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 6, 2006.  On April 10, 2007,
appellants filed a motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
19, 2007.

Panel consists of Justices Yates, Edelman, and Seymore.